[No. 24560-4-II.   Division Two.   December 1, 2000.]

MAPLEWOOD ESTATES, INC., *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-00936-1, James E. Rulli, J., entered March 15, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J. Now published at 104 Wn. App. 299.

[No. 24528-1-II.   Division Two.   December 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON M. DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03657-7, John A. McCarthy, J., entered March 15, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater, J.; Hunt, J., dissenting in part.

[No. 45166-9-I.   Division One.   December 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RAMSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-04111-1, Marsha J. Pechman, J., entered August 16, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45076-0-I.   Division One.   December 4, 2000.]

SPLASH DESIGN, INC., *Respondent*, v. MEESAUN LEE, *Defendant*, GLEN PRIOR, P.S., INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-04718-6, J. Kathleen Learned, J., entered July 21, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Cox, JJ.